UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHTECH CORPORATION, an Ohio Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OUTOTEC (USA) INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:18-cv-00483-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |

## I. INTRODUCTION

Pending before the Court is Plaintiff Ashtech Corporation's Motion for Entry of Default Judgment. Dkt. 5. This Motion is premature and procedurally improper; therefore, the Court will DENY the Motion at this time.

## II. DISCUSSION

Ashtech requests "judgment by default" against Defendant Outotec Inc. While this may be the eventual outcome in this case—as it appears Ashtech has properly served Outotec and Outotec has failed to appear, answer, or otherwise defend itself—default judgement is not available at this time.

Ashtech ignores the two-step process required by Federal Rule of Civil Procedure 55. When a defendant has "failed to plead or otherwise defend . . . *the clerk* must enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added). This is commonly called "clerk's entry of default" and is a prerequisite to default judgement under Rule 55(b). *See*

MEMORANDUM DECISION AND ORDER - 1

*generally* Fed. R. Civ. P. 55; *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). Once clerk's entry of default has been entered, a party may request the Court enter default judgment—commonly referred to as "Court's entry of default" or simply "default judgment."

In this case, Ashtech has not asked the Clerk to enter the party's (Outotec) default under Rule 55(a), therefore, its request for default judgment under Rule 55(b) is premature. Once it has complied with Rule 55(a) and obtained clerk's entry of default against Outotec, Ashtech can—in accordance with Rule 55(b)—renew its motion and request default judgment.

## III. ORDER

1. Ashtech's Motion for Default Judgment (Dkt. 5) is DENIED.

DATED: December 13, 2018

_____
David C. Nye
U.S. District Court Judge