THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHTECH CORPORATION, an Ohio corporation,     Plaintiff, vs. OUTOTEC (USA) INC., a Delaware corporation,     Defendant. | Case No. 2:18-cv-00483-DCN **JUDGMENT** |

Pursuant to the default entered by the Clerk (Dkt.8), judgment is hereby entered in favor of Plaintiff Ashtech Corporation against Defendant Outotec (USA) Inc. in the amount of **$183,981.81**.

Prejudgment interest, cost and attorneys' fees shall be determined at further proceedings before the Court under the Federal Rules of Civil Procedure.

DATED: January 16, 2019

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1