Albert P. Barker, ISB #2867
BARKER ROSHOLT & SIMPSON LLP
1010 W. Jefferson, St. 102
P.O. Box 2139
Boise, Idaho 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034

Attorneys for Ashtech Corporation

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHTECH CORPORATION, an Ohio corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OUTOTEC (USA) INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:18-cv-483-DCN<br><br>**MOTION FOR AWARD OF PREJUDGMENT INTEREST** |

COMES NOW the Plaintiff, Ashtech Corporation and moves the Court an award of prejudgment interest pursuant to Idaho Code § 28-22-104 on the elements of the Judgment entered by the Court on January 16, 2019, calculated as follows:

1. Payment was due on the sum of $50,006.75 as of 30 days from December 6, 2017, the date of the invoice as shown on Exhibit A to the Complaint. The rate set by law is 12%. The rate of 12% x 50,006.75 ÷ 365 = daily rate of $16.44 /day. The daily rate of $16.44 times 375 days (January 6, 2018 – January 16, 2019) = $6,165.00.

2. Payment was due on the sum of $66,682.50 as of 30 days from April 2, 2018, the date of the invoice as show on Exhibit B1 to the Complaint. The legal rate 12% x 66,822.50 ÷ 365 = daily rate of $21.97/day. The daily rate of $21.97 times 259

**MOTION FOR AWARD OF PREJUDGMENT INTEREST**
1

    days (May 2, 2018 – January 16, 2019) = $5,690.23.

3. Payment was due on the sum of $66,682.50 as of 30 days from October 4, 2018, the date of the invoice as shown on Exhibit B2 to the Complaint.  The legal rate of 12% x 66,822.50 ÷ 365 = daily rate of $ 21.97/day.  The daily rate of $21.97 times 73 days (November 4, 2018 – Jan. 16, 2019) = $1,603.81.

4. Payment was due on the sum of $547.06 as of 30 days from January 31, 2018, the date of the invoice as shown on Exhibit C to the Complaint.  The legal rate of 12% x 547.06 ÷ 365 = daily rate of $0.18/day. The daily rate of $0.18 times 320 days (March 2, 2018 – January 16, 2019) = $57.60.

5. Total prejudgment interest requested is $13,516.64.

This contract provides that Idaho law governs any dispute between the parties, Complaint ¶ XVI Dkt. 1. The amounts are liquidated and Idaho Code § 28-22-104 is appropriate prejudgment statute.

    DATED this 21st day of January, 2019.

    Respectfully submitted,

    BARKER ROSHOLT & SIMPSON LLP


    By: /s/ Albert P. Barker
        Albert P. Barker

**MOTION FOR AWARD OF PREJUDGMENT INTEREST**