UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHTECH CORPORATION, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OUTOTEC (USA) INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:18-cv-483-DCN<br><br>**AMENDED JUDGMENT** |

Pursuant to the default entered by the Clerk (Dkt.8), judgment is hereby entered in favor of Plaintiff Ashtech Corporation against Defendant Outotec (USA) Inc. in the amount of $183,981.81.

Prejudgment interest is awarded in the amount of $13,516.64;

Attorneys' fees are awarded in the amount of $1,950.00; and

Costs have been taxed in the amount of $456.00.

Pursuant to the foregoing, Amended Judgment is hereby entered in the total amount of **$199,904.45**.[1]

DATED: January 22, 2019

David C. Nye
Chief U.S. District Court Judge

---

[1] In amending the previously entered judgment (Dkt. 10), Plaintiff's Motion for Attorney's Fees (Dkt. 12) and Plaintiff's Motion to Amend/Correct (Dkt. 13) are GRANTED.

AMENDED JUDGMENT - 1