U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

U.S. COURTS
JUN 06 2019
Filed_____Time_____
Rev. STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ASHTECH CORPORATION | 2:18-cv-483-DCN |
| DEFENDANT | TYPE OF PROCESS |
| OUTOTEC (USA) INC. | Service of the Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mike Murphy / Outotec (USA) Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3568 W. Industrial Loop, Coeur d' Alene, Idaho 83815

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Albert P. Barker
1010 W. Jefferson St. Suite 102
Boise, ID 83702

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

U.S. MARSHAL
District of Idaho
MAY 28 2019
RECEIVED

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (208) 336-0700
DATE: 5/16/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 23
District to Serve No. 23
Signature of Authorized USMS Deputy or Clerk
Date: 5/28/19

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Scott Gossard, Director, Outotec

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6-6-19  Time: 10:30 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $130.00 | $2.90 | $0.00 | $132.90 | $71.15 | $61.75 |

REMARKS: *Mike Murphy has recently retired from Outotec.*

DUSM hours = 2; RT mileage = 5

DISTRIBUTE TO:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13