Albert P. Barker, ISB #2867
BARKER ROSHOLT & SIMPSON LLP
1010 W. Jefferson, St. 102
P.O. Box 2139
Boise, Idaho 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034

Attorneys for Ashtech Corporation

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHTECH CORPORATION, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OUTOTEC (USA) INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:18-cv-483-DCN<br><br>**SATISFACTION AND RELEASE OF JUDGMENT AND JUDGMENT LIEN** |

KNOW ALL MEN BY THESE PRESENTS:

That the *Amended Judgment of Costs and Attorney Fees* entered in the above entitled cause in the amount of ONE HUNDRED NINETY-NINE THOUSAND NINE HUNDRED FOUR and 45/100THS DOLLARS ($199,904.45), together with post-judgment interest in favor of Plaintiff and against the Defendant, OUTOTEC (USA) INC., in said action, has been fully satisfied and the Clerk of this Court is authorized and directed to enter satisfaction of said Judgment of record.

This will further release the judgment lien resulting from the recording of the *Amended Judgment of Costs and Attorney Fees* on January 24, 2019, as Instrument No. 2678397000, records of Kootenai County, Idaho.

IN WITNESS WHEREOF, I have executed this instrument this 3rd day of July, 2019.

BARKER ROSHOLT & SIMPSON LLP

By: _____
Albert P. Barker
Attorneys for Plaintiff

**SATISFACTION AND RELEASE OF JUDGMENT AND JUDGMENT LIEN**  1

STATE OF IDAHO )
                         ) ss
County of Ada     )

       On this 3rd day of July, 2019, before me, the undersigned, personally appeared ALBERT P. BARKER, known or identified to me to be the persons whose names is subscribed to within this instrument, and acknowledged to me that they executed the same.

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the said County the day and year first above written.

                                         *Ailen J. Evaniuck*
                                         Notary Public
                                         Residing at: Kuna, ID
                                         Comm. Expires: Jan. 8, 2024

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of July, 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system.

/s/ Albert P. Barker
Albert P. Barker